IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN CHRISTIAN MURRAY, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-14-531
:
SECRETARY JOHN WETZEL, : (Judge Brann)
:
    Respondent :

## **ORDER**

June 24, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Murray's habeas corpus petition is **DISMISSED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge